FILED

2023 MAR 21  PM 2:39

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY: _____

1   Beshoy Mansor (Full Name)
2   P.O Box 932 (Address Line 1)
3   Moreno Valley, CA 92846 (Address Line 2)
4   (951) 956-4729 (Phone Number)
5   Plaintiff in Pro Per
6
7
8               **UNITED STATES DISTRICT COURT**
9               **CENTRAL DISTRICT OF CALIFORNIA**
10
11  Beshoy Mansor,         )  **ED** CV23- 00486- MWF (MAA)
                            )  Case No.: _____
12           **Plaintiff,**  )           (To be supplied by the Clerk)
                            )
13       **vs.**             )  **Civil Rights Complaint Pursuant to**
14  Flores #4660            )  **42 U.S.C. § 1983 (non-prisoners)**
                            )
15  Deputy Sheriff          )  **Jury Trial Demanded:** ☐ Yes   ☐ No
16                          )
17  County of Riverside     )
                            )
18           **Defendant(s).**  )
19
20              *(All paragraphs and pages must be numbered.)*
21                        **I. JURISDICTION**
22  1.      This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343.
23  Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.
24
25                          **II. VENUE**
26  2.      Venue is proper pursuant to 28 U.S.C. § 1391 because all actions
27  described in this complaint took place in
28  Riverside county, California

                              1

Pro Se Clinic Form                    *Page Number*

### III. PARTIES

3.    Plaintiff _Beshoy Mansor_ resides at:
*(your full name)*

_2570 Stonegate Drive_

_Riverside CA 92506_
*(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4.    Defendant _Flores ☒ 4660 Deputy sheriff_ works at
*(full name of Defendant)*

_Riverside County Sheriff Deparment_
*(Defendant's place of work)*

Defendant's title or position is _Deputy Sheriff_.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity            ☒ official capacity

This Defendant was acting under color of law because: _he was inforsing_

_and coam an alleged Court order._

5.    Defendant _County of Riverside is a_ ~~works at~~
*(full name of Defendant)*

_local govermental agancy_
*(Defendant's place of work)*

Defendant's title or position is _N/A_.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ☒ official capacity

This Defendant was acting under color of law because: _____

_N/A_

Pro Se Clinic Form                 *Page Number*    2

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

1. Two Sheriff deputies conducted a lock-out at my residence for roommate Lorenzo perez (Riv. Sup. Crt Case No. UDMV 2200086) sheriff's claimed lock-out for all occupants; However, Court Judgment indicated NoT as to all occupants and ONLy for Lorenzo perez Sheriff deputies removed plaintiff from residence without the authority of a court order or any notice.

2. March 18, 2022 was the date of this incident.

3. Plaintiff is informed and believes, and upon such information and belief, alleges that each of the Defendants was and is the agent and/or employee of the remaining Defendants, and each of said Defendants was at all times acting within the purpose and scope of said agency and/or employment.

Pro Se Clinic Form

3

*Page Number*

4. Without asking any questions of plaintiff,

*Insert ¶ #*

defendant deputy commanded plaintiff to leave his

name.

5. The defendant's actions were objectively unreasonable

*Insert ¶ #*

under the circumstances and done in bad faith to

intentionally harm the plaintiff in conscious disregard

of the plaintiff rights and with deliberate

indifference to his health and well being.

.    First Cause of Action Against Deputy

*Insert ¶ #*

Flores

DEPRIVATION OF CIVIL RIGHTS

FOURTH AMENDMENT VIOLATION OF

RIGHTS AGAINST UNREASONABLE

SEARCH AND SEIZURES

(42 U.S.C § 1983)

1  6. Plaintiff re-alleges and incorporates by reference
2  *Insert ¶ #*  all factual contents of paragraphs I through (5) and
3  incorporates them herein as though set forth at
4  length in their entirety.
5
6
7
8
9
10  7. This action arises under the united States
11  *Insert ¶ #*  constitution, particularly under the provisions of the
12  fourth Amendment to the constitution of the united
13  States code, § 1983
14
15
16
17
18
19  8. In doing the acts alleged in this complaint,
20  *Insert ¶ #*  defendant Deputy Flores, acted under the color
21  of authority and pretense of the statutes, ordinances,
22  regulations, customs, and usages of defendant county of
23  Riverside and the State of california.
24
25
26
27
28

9. As a proximate result of the conduct of defendant Deputy Flores, the plaintiff was deprived of his Constitutional rights guaranteed by the Fourth Amendment to the U.S. Constitution.

*Insert ¶ #*

10. Has result of the actions of Deputy Flores, plaintiff be came homeless and lost a Job promotion with extra Benefits including vacation and additional health Benefits.

*Insert ¶ #*

SECOND CAUSE OF ACTION AGAINST
DEPUTY FLORES
NEGLIGENCE

*Insert ¶ #*

11 plaintiff re-alleges and incorporates by reference all factual contents of paragraphs I through (10) and incorporates them herein as though set forth at length in their entirety.

12. Defendant failed to exercise reasonable care in the service of eviction order evicted the wrong ~~Ferm~~ tenant.

13. Wherefore, Plaintiff demands Judgment be entered against Defendant.

　1- Judgment in favor of Plaintiff
　2- Clots of suit
　3- For damages according to proof
　4- For further relief the court deems ~~to~~ proper

DATE: 03/21/2023　　Besh

Beshoy Mansor

Pro Se Clinic Form

1

## **DEMAND FOR JURY TRIAL**

2

3    Plaintiff hereby requests a jury trial on all issues raised in this complaint.

4

5                    Dated: 03/21/2023

6                    *Sign:* Beshu

7                    *Print Name:* Beshoy Mansor

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pro Se Clinic Form