**Bruce E. Disenhouse, SBN 078760**
DISENHOUSE LAW APC
Attorney at Law
5690 Magnolia Avenue (physical)
Post Office Box 152 (mailing)
Riverside, California 92502
T: 951-530-3710  F: 951-543-4239
E: bruce@disenhouselaw.net

Attorneys for Defendants COUNTY OF RIVERSIDE and DANIEL FLORES

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BESHOY MANSOR, | CASE NO.: 5:23-cv-00486-KK-MAA |
| Plaintiff, | *Hon. Kenly Kiya Kato* |
| v. | NOTICE OF SETTLEMENT |
| DANIEL FLORES, COUNTY OF RIVERSIDE, and DOES 1 – 10, Inclusive | |
| Defendant. | |

   PLEASE TAKE NOTICE that on September 29, 2025, before the Honorable Maria Audero, U.S. District Court Magistrate Judge, this matter was settled and the settlement was placed on the record.

   The parties agree that payment of the settlement shall occur within 45 days of Plaintiff's return of all required settlement documents to defense counsel.

   Accordingly, the parties request that all pending dates in this case be vacated and a dismissal without prejudice be entered by the court if a Rule 41(a)(2) dismissal with prejudice stipulation is not on file on or before November 5, 2025.

Date: September 30, 2025             DISENHOUSE LAW APC

                                     */s/ Bruce E. Disenhouse*
                                     _____
                                     BRUCE E. DISENHOUSE

**PROOF OF SERVICE**

**STATE OF CALIFORNIA** )
) ss.
**COUNTY OF RIVERSIDE** )

I, Brenda Laird, state that I am employed in the aforesaid County, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 5690 Magnolia Avenue (physical), Post Office Box 152 (mailing), Riverside, CA 92502.

On September 30, 2025, I served or caused to be served the foregoing NOTICE OF SETTLEMENT on the interested parties by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Riverside, California, addressed as follows and/or by one of the methods of service as follows:

**SEE ATTACHED SERVICE LIST**

___  **BY MAIL**: I am readily familiar with this firm's practice of collection and processing of correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service the same day in the ordinary course of business pursuant to C.C.P. 1013(a).

___  **BY FAX**: A copy of said document(s) was delivered by facsimile transmission to the addressee pursuant to C.C.P. 1013(e).

___  **BY ELECTRONIC SERVICE**: A copy of said document(s) was delivered by electronic transmission from (sender's email address) to the addressee(s) pursuant to California Code of Civil Procedure §1013(g), §1010.6(a), §1010.6(a)(2)(A)(ii), and/or §1010.6(e)(1) and (2) as amended September 21, 2020, at the email addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

___  **BY PERSONAL SERVICE**: I caused to be hand-delivered said document(s) to the office of the addressee, using an attorney service, pursuant to C.C.P. 1011.

___  **BY EXPRESS MAIL**: I caused said document(s) to be placed in an Express Mail Overnight Envelope and deposited in an Express Mail DropBox to be delivered the following business day pursuant to C.C.P. 1013(c).

_X_  **FEDERAL**: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Pursuant to L.R. 5-3.2.1 and 5-3.2.2 the undersigned declares service has been affected by way of CM/ECF or via Mail service as indicated above.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on September 30, 2025, at Riverside, California.

*/s/ Brenda Laird*

_____
BRENDA LAIRD

## MAILING LIST

*Mansor v. County of Riverside*
*Case Number: 5:23-cv-00486-KK-MAA*

**Plaintiff Pro Se**
Beshoy Mansor
2570 Stonegate Drive
Riverside, CA 92506
E:  beshoy040@gmail.com
T:  951-956-4729