1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

10
11

BESHOY MANSOR,

                Plaintiff,

v.

DANIEL FLORES, COUNTY OF RIVERSIDE, and DOES 1 – 10, Inclusive

                Defendant.

      )
      )
      )
      )
      )
      )
      )
      )
      )
      )
      )
      )

**CASE NO.:  5:23-cv-00486-KK-MAA**

*Hon. Kenly Kiya Kato*

ORDER ON STIPULATION FOR DISMISSAL [F.R.C.P. 41(a)(2)]

18
19

      Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(2), IT IS HEREBY ORDERED that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.  The Clerk is directed to close the file.

Date: December 29, 2025

_____
JUDGE KENLY KIYA KATO